IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-00910-ZLW-BNB)

GRANITE RE, INC.,

    Plaintiff,

v.

UNION COLONY EXCAVATING, INC.;
BEST-WAY ASPHALT MAINTENANCE, INC.;
LYLE LUCKEROTH and
PAMELA LUCKEROTH, individually

    Defendants.
_____

ORDER OF DISMISSAL
_____

It is

ORDERED that Plaintiff's Motion For Voluntary Dismissal Pursuant To F.R.C.P. 41 [sic] is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed in their entirety without prejudice pursuant to Fed. R. Civ. P. 41.

DATED at Denver, Colorado, this   2   day of May, 2006.

                        BY THE COURT:

                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court